ADLER COLEMAN & Co., Respondent, v. KOKUSAI KISEN KABUSHIKI KAISHA, Appellant, Impleaded with Another.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOHN JOSEPH COOGAN, Petitioner, for a Certiorari Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. MARY TURNER and Others, Defendants, Impleaded with KATHLEEN N. O'DONNELL CANDEE, Formerly Known as KATHLEEN N. O'DONNELL HART (Sometimes Known as KATHLEEN N. HART), and KATHLEEN N. O'DONNELL CANDEE, Formerly Known as KATHLEEN N. O'DONNELL HART, as Executrix, etc., of WILLIAM F. S. HART, Deceased, Appellant.— Order unanimously modified by directing the referee appointed to compute, instead of computing interest at six per cent as demanded in the complaint, to determine the amount of interest due and owing, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FREDERICK N. SILBERMAN, Appellant, v. EDMUND J. HORWATH and ABRAHAM LINCOLN EPWORTH, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LIBERTY NATIONAL BANK & TRUST Co., Respondent, Appellant, v. DAVID M. WELSCH, Appellant, Respondent. — Order modified by allowing the first defense to stand, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents in part and votes to modify by allowing both the first and second defenses to stand, on the ground that in the second defense there are allegations sufficient to raise the issues of negligence and bad faith. Settle order on notice.

AMUSEMENT SECURITIES CORPORATION, Respondent, v. ACADEMY PICTURES DISTRIBUTING CORPORATION and Others, Defendants, Impleaded with PRODUCERS LABORATORIES, INC., and AMERANGLO CORPORATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AMUSEMENT SECURITIES CORPORATION, Respondent, v. ACADEMY PICTURES DISTRIBUTING CORPORATION and EDWARD J. HALPERIN, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PATRICK J. FARRELL, Appellant, v. JACOB WALDMAN and LOUIS KRULICK, Doing Business, etc., Respondents.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Glennon, J., dissent and vote to modify by setting aside transfer of the two parcels of real estate.

LENA M. ZIPFEL, Respondent, v. THE BROOKLYN DAILY EAGLE CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of